JOHN D. DUNCAN (SBN 179560)
PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: cpeterson@piteduncan.com

Attorneys for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MARY D. ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCME MORTGAGE BANKERS INC;<br>MORTGAGE CENTER OF AMERICA INC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC; and DOES<br>1-10,<br><br>　　　　Defendants. | Case No. 09-CV-00501-LJO-SMS<br><br>ORDER EXPUNGING LIS PENDENS |

Defendant Mortgage Electronic Registration Systems, Inc.'s ("MERS") Motion to Expunge Lis Pendens was considered by the Court on the record.

The Court reviewed MERS' moving papers. Plaintiff Mary D. Adams filed no timely papers to oppose MERS' motion to expunge lis pendens. After a review of the moving papers, the Court finds that Plaintiff Mary D. Adams has failed to establish the probable validity of the underlying real property claim by a preponderance of the evidence.

Accordingly,

IT IS ORDERED THAT the Lis Pendens, recorded with the Fresno County Recorder's Office as Document Number 2009-0024134 by Plaintiff Mary D. Adams on the real property located at 1608 East Brandywine Lane, Fresno, CA 93720 and designated as Fresno County Assessor's Parcel Number 567-152-14, with the following legal description: "Lot 19 of Tract No. 4600, according to the map thereof recorded in Book 57, Page(s) 56, 57, 58, 59 and 60, of Plats, Fresno County Records" be and hereby is expunged.

IT IS SO ORDERED.

**Dated:   May 28, 2009**             /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE